

# U.S. District Court

## Florida Southern - West Palm Beach

Receipt Date: Aug 19, 2022 3:40PM

Richard Strother

Rcpt. No: 7994    Trans. Date: Aug 19, 2022 3:40PM    Cashier ID: #PC

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | | | Amt |
|----|--------|---|---|---|-----|
| CC | Credit Card | | | | $402.00 |
| | | | | Total Due: | $402.00 |
| | | | | Total Tendered: | $402.00 |
| | | | | Total Cash Received: | $0.00 |
| | | | | Cash Change Amount: | $0.00 |

**Comments**: 22cv81292

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.